Opinion issued September 29, 2011.

 

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00758-CV

———————————

IN re JACQUELINE B. ZEPEDA, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator,
Jacqueline B. Zepeda, has filed a petition for writ of mandamus, challenging
the trial court’s entry of a protective order.[1]  

 

We deny the petition for
writ of mandamus.

PER CURIAM

Panel
consists of Justices Jennings, Sharp, and Brown.

 











[1]
          The underlying case is Zometa v. Zepeda, No. 2011-34767, in the
280th District Court of Harris County, Texas, the Honorable Lynn-Bradshaw Hull
presiding.